IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BREITENBACH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAGESTREAM, LLC,**<br><br>*Defendant.* | **Case No. 2:24-cv-00893-JDW** |

### ORDER

**AND NOW**, this 27th day of March, 2025, upon consideration of Defendant SageStream, LLC's Motion For Attorneys' Fees And Costs (ECF No. 39), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** as follows:

1. SageStream shall receive attorneys' fees in the amount of $9,957.40, reflecting 9.8 hours that Mr. Schwahn worked and 9.6 hours that Ms. Sale worked;

2. SageStream shall receive its travel costs in the amount of $4,924.05; and

3. On or before April 25, 2025, Plaintiff James Breitenbach shall pay a total of $14,881.45 in attorneys' fees and costs to SageStream.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.