IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BREITENBACH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAGESTREAM, LLC,**<br><br>*Defendant.* | **Case No. 2:24-cv-00893-JDW** |

**ORDER**

**AND NOW**, this 3rd day of April, 2025, upon consideration of Defendant Sagestream LLC's Unopposed Motion To Modify Or Reconsider Order On Its Motion For Leave To File Under Seal (ECF No. 49), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that SageStream shall comply with the filing directives set forth in my Prior Order (ECF No. 47) on or before April 8, 2025.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.