## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BREITENBACH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SAGESTREAM, LLC,**<br><br>*Defendant.* | **Case No. 2:24-cv-00893-JDW** |

## ORDER

**AND NOW**, this 11th day of June, 2025, upon consideration of Plaintiff James Breitenbach's Motion For Summary Judgment (ECF No. 41) and Defendant SageStream, LLC's Motion For Summary Judgment (ECF Nos. 43, 58), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that both Motions are **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
